SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JAN 29 2018

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

IN THE MATTER OF THE SEARCHES
OF:

**709 DANIEL ROAD, AXTON,
VIRGINIA**

**1111 HOBSON ROAD, AXTON,
VIRGINIA**

**4345 MARTIN DRIVE, AXTON,
VIRGINIA**

**4349 MARTIN DRIVE, AXTON,
VIRGINIA**

**485 ROBERTSON RIDGE, AXTON,
VIRGINIA**

**1579 ROBERTSON RIDGE, AXTON,
VIRGINIA**

**179 SMITH DRIVE, WINCHESTER,
VIRGINIA**

**164 GREGORY PLACE,
WINCHESTER, VIRGINIA**

**SEALED**

Case No. 5:18mj00009 –
5:18mj00016

## AFFIDAVIT IN SUPPORT OF APPLICATIONS FOR A SEARCH WARRANT

I, Jeffrey H. Cisar, being duly sworn, depose and state:

### Introduction and Agent Background

1. I, Jeffrey H. Cisar, am a Special Agent (SA) of the Federal Bureau of Investigation (FBI), Department of Justice. I was hired by the FBI as a Special Agent in May 2004. I attended the FBI's training academy in Quantico, Virginia, where I received instruction regarding drug trafficking, money laundering, and violent gang investigations. I was sworn as a Special Agent in September 2004. I am currently assigned to the Pittsburgh Division, Martinsburg, West Virginia, Resident Agency of the FBI. I have been serving in the capacity of Eastern Panhandle Safe Streets Task Force (EPSSTF) Coordinator for West Virginia for approximately two years. My current assignment requires extensive knowledge of matters related to illegal drug trafficking and violent gang activity in the Eastern Panhandle of West Virginia.

1

2.   As part of my duties as a Special Agent, I investigate criminal violations related to drug trafficking, in violation of 21 U.S.C. § 841(a)(1). My experience includes, but is not limited to, conducting surveillance, interviewing witnesses, conducting database checks, analyzing telephone records, writing affidavits for search warrants, executing search warrants, and working with undercover agents and informants. I am familiar with matters including, but not limited to, the means and methods used by drug trafficking organizations to purchase, transport, store, and distribute drugs and the concealing of profits generated from those transactions.

3.   I have received specialized training in the enforcement of federal narcotics and firearms laws, and have been involved in numerous aspects of narcotics and firearm trafficking investigations, including (a) the debriefing of defendants, witnesses, and informants, as well as others who have knowledge of the distribution and transportation of controlled substances and firearms and illicit activity by gangs; (b) electronic surveillance; (c) analysis of documentary and physical evidence; and (d) participation in undercover investigations. I have participated in multiple wire investigations as a case agent, affiant, and investigative support.

4.   All information contained in this affidavit, from whatever source derived, is either personally known to me or has been related to me by other sworn law enforcement personnel. This affidavit does not contain all facts known to law enforcement officials about the investigation described herein.

### Northern District of West Virginia Title III Wiretap Authorizations

5.   On July 28, 2017, the EPSSTF investigation sought and obtained authorization to intercept wire and electronic communications over telephone number (240) 203-0496 (herein referred to as "TARGET TELEPHONE 3" or "TT3"). The authorization, found in Northern District of West Virginia case number 3:17MC29, was obtained on July 28, 2017, and interception began on August 1, 2017, with scheduled termination date of August 31, 2017. On August 29, 2017, the EPSSTF sought and obtained a 30-day extension of authorization to intercept wire and electronic communications over **TT3.** The captioned extension order was filed on August 29, 2017, and it ceased on September 27, 2017.

6.   On September 8, 2017, the EPSSTF investigation sought and obtained authorization to intercept wire and electronic communications over telephone number (304) 279-5175 (herein referred to as "TARGET TELEPHONE 5" or "TT5"). The authorization, found in Northern District of West Virginia case number 3:17MC42, was obtained on September 8, 2017, and interception began on September 8, 2017, and it was terminated on October 3, 2017.

7.   The EPSSTF investigation sought and obtained authorization to intercept wire and electronic communications over telephone number (304) 279-7572 (herein referred to as "TARGET TELEPHONE 6" or "TT6"). The authorization, found in Northern District of West Virginia

case number 3:17MC43, was obtained on October 3, 2017. Interception began on October 3, 2017, and it was terminated on October 31, 2017.

8.    The EPSSTF investigation sought and obtained authorization to intercept wire and electronic communications over telephone number (540) 532-5765 (herein referred to as "TARGET TELEPHONE 7" or "TT7"). The authorization, found in Northern District of West Virginia case number 3:17MC66, was obtained on October 31, 2017, and interception began on October 31, 2017. The EPSSTF sought and obtained authorization to extend interception of wire and electronic communications over **TT7** on November 30, 2017. The extended interception began on November 30, 2017, and it was terminated on December 26, 2017.

9.    The EPSSTF investigation sought and obtained authorization to intercept wire and electronic communications over telephone number (951) 903-6641 (herein referred to as "TARGET TELEPHONE 9" or "TT9") and telephone number (540) 420-3445 (herein referred to as "TARGET TELEPHONE 11" OR "TT11.") The authorization, found in Northern District of West Virginia case number 3:17MC86, was obtained on December 22, 2017, and interception began on December 27, 2017. Interception terminated on January 20, 2018.[1]

10.    The EPSSTF investigation sought and obtained authorization to intercept wire and electronic communications over telephone number (434) 709-0324 (herein referred to as "TARGET TELEPHONE 12" or "TT12"). The authorization, found in Northern District of West Virginia case number 3:18MC8, was obtained on January 20, 2018, and interception began on January 20, 2018.

### Search Warrant Authorization Previously Obtained in the Western District of Virginia

11.    Authority to execute search warrants on the locations listed below, except for 1579 Robertson Ridge Road, Axton, Virginia, was granted in the Western District of Virginia on January 12, 2018. At the time of authorization, investigators were intercepting telephone communications of TRAMPA (TT11) and SANDOVAL (TT9) and obtaining intelligence related to an expected incoming shipment of cocaine. On or around January 15, 2018, both TRAMPA and SANDOVAL discontinued, "dropped", use of their cell phones which prevented investigators from obtaining critical intelligence related to the expected, incoming cocaine delivery time and location. Investigators were able to identify a new phone being utilized by TRAMPA (TT12) and as previously mentioned, obtained authority, on January 20, 2018, in the Northern District of West Virginia to intercept communications occurring over TT12. Upon re-establishing interception of TRAMPA's telephone, investigators have obtained intelligence which indicates that the next incoming shipment of cocaine to Axton, Virginia, is expected to occur at a time

---

[1] Based upon the lack of activity over TT9 and TT11, Agents believe that the target subjects may have discontinued use of both of those telephones numbers on January 15, 2018, and January 12, 2018, respectively. Nevertheless, monitoring over TT9 and TT11 continued as calls were still being placed to TT9 and TT11. In addition, authorization for interception over TT9 and TT11 did not end until January 26, 2018, pursuant to the Court's Order.

after January 26, 2018. In order to safely and effectively execute search warrants on the below listed residences, investigators are seeking authority these new warrants on the seven (7) previous locations to search the captioned locations.

## Subjects and Offenses

12.     I have participated in the investigation of the drug trafficking activities related to Eduardo Hernandez SANCHEZ, a/k/a "LALO," Guadalupe IBARRA, "TRAMPA," and "SANDOVAL." The investigation has revealed that SANCHEZ and IBARRA distribute cocaine distributed to them by TRAMPA and SANDOVAL in the Western District of Virginia to dealers located in the Western District of Virginia and West Virginia who then transport the cocaine back to the Northern District of West Virginia and Western District of Virginia for redistribution.

## Investigative Objectives

13.     There is probable cause to believe TRAMPA utilizing phone number (434) 709-0324 (TT12). Although investigators have intercepted communications which verify that SANDOVAL was previously utilizing phone number (951) 903-6641 (TT9). Investigators have intercepted communications occurring over TT12 which revealed SANDOVAL to currently be utilizing (276) 734-7468 (herein referred to as "Conspirator Phone 25" or "CP25"). Furthermore, TRAMPA and SANDOVAL are using the premises and various trailers, outbuildings, and vehicles located on the premises at the following addresses: (1) 709 Daniel Road, Axton, Virginia; (2) 1111 Hobson Road, Axton, Virginia; (3) 4345 Martin Drive, Axton, Virginia; (4) 4349 Martin Drive, Axton, Virginia; (5) 485 Robertson Ridge, Axton Virginia, and (6) 1579 Robertson Ridge Road, Axton, Virginia, to store, maintain, and conceal illegal narcotics and more specifically cocaine, a Schedule II narcotic drug, and large amounts of United States Currency as well as the items listed in Attachment B, which are evidence of drug trafficking.

14.     There is probable cause to believe that IBARRA, who was utilizing TT7, is using the premises and vehicles located on the premises at the following addresses: (1) 179 Smith Drive, Winchester, Virginia and (2) 164 Gregory Place, Winchester, Virginia to store, maintain, and conceal illegal narcotics and more specifically cocaine, a Schedule II narcotic drug, and large amounts of United States Currency as well as the items listed in Attachment B, which are evidence of drug trafficking.

## Purpose of the Affidavit

### A. 709 Daniel Road, Axton, Virginia and 1111 Hobson Road, Axton, Virginia

15.     This affidavit is submitted in support of an application for a search warrant for the premises located at 709 Daniel Road and 1111 Hobson Road, Axton, Virginia, utilized by TRAMPA and SANDOVAL to store, maintain, and distribute cocaine. IBARRA traveled to these residences on December 10, 2017.

16.    One premise is located at 709 Daniel Road in Axton, Virginia. The residence can be described as a singlewide mobile home with small front porch. The residence is located off Daniel Road which is accessed off of A L Philpott Highway (Route 58) and is situated at the end of the gravel lane, north side of Daniel Road. There is a small shed/outbuilding prior to the mobile home on the same lot.

17.    The other residence is located at 1111 Hobson Road in Axton, Virginia. The residence can be described as a singlewide mobile home with attachments that appear to be a covered porch or similar structure. There is also a detached grey garage, appearing to be at least a two-car garage, with a metal roof. Hobson Road is off of Daniel Road and the residence is located off the south side of Hobson Road. Henry County property tax lists the owner as Armando Tiznado BECERRA.

## Facts and Circumstances

18.    On December 9, 2017, during the authorized interception of **TT7** wire monitors intercepted communication between IBARRA and TRAMPA. The communication involved TRAMPA asking IBARRA if he needed "someone to drive" (meaning if he needed to pick up cocaine). IBARRA advises TRAMPA he was unaware he could pick up, and he had spoken to TRAMPA's brother (SANDOVAL).   TRAMPA advises IBARRA there are only 2 left (meaning 2 kilograms of cocaine). IBARRA tells TRAMPA he will take the "two guys and give them a ride" (meaning he will pick up the 2 kilograms of cocaine from TRAMPA). IBARRA says he spoke to TRAMPA's brother (SANDOVAL), and he will be traveling to their location tomorrow, December 10, 2017.

19.    On December 10, 2017, IBARRA traveled from 179 Smith Drive in Winchester, Virginia, to 709 Daniel Road and 1111 Hobson Road in Axton, Virginia.  This is confirmed by aerial surveillance and a GPS tracker on IBARRA's vehicle.

20.    While in Axton, Virginia, IBARRA traveled to 709 Daniel Road and approached the door. He never entered the residence. He then left the residence and traveled to 1111 Hobson Road in Axton, Virginia. After arriving at this residence, he entered a detached garage. IBARRA exited the garage with two other individuals.  A conversation ensued and one of the individuals walked over to a BMW X5 on the property and removed an item from the car. The individual then walks back over to IBARRA's vehicle and placed the item in his vehicle. IBARRA left the residence with an individual from 1111 Hobson Road and traveled back to 709 Daniel Road.  When he arrived at 709 Daniel Road the individual approached the residence and appeared to knock on the door. The door was opened, and IBARRA and the individual entered the residence. IBARRA then left and went to a local business. IBARRA then returned to 709

5

Daniel Road. IBARRA then left the residence and traveled back to 179 Smith Drive in Winchester, Virginia.

21.     Based on the foregoing, I submit that the residence located at 1111 Hobson Road and 709 Daniel Road are stash houses utilized by TRAMPA and SANDOVAL to distribute cocaine. I further submit that TRAMPA and SANDOVAL are likely utilizing the garages, sheds/outbuildings, vehicles, and the like located on the premises at 1111 Hobson Road and 709 Daniel Road to store cocaine and distribute. Further, any unknown individuals located on the premises are likely engaging in drug possession and distribution activity with TRAMPA and SANDOVAL.

### B.  4345 Martin Drive, Axton, Virginia and 4349 Martin Drive, Axton, Virginia

22.     This affidavit is submitted in support of an application for a search warrant for the residence, 4345 Martin Drive and 4349 Martin Drive, in Axton, Virginia, utilized by TRAMPA and SANDOVAL. IBARRA traveled to this residence on December 16, 2017.

23.     The residences are located at 4345 Martin Drive and 4349 Martin Drive in Axton, Virginia. 4345 Martin Drive is a single-story ranch-style residence with a green roof. The residence is located on the north side of Martin Drive. Martin Drive is located off of A L Philpott Hwy (Route 58).

24.     4349 Martin Drive is a ranch style residence and located on the same property as 4345 Martin Drive in Axton, Virginia. It is east of 4345 Martin Drive. The residence is located on the north side of Martin Drive. Martin Drive is located off of A L Philpott Hwy (Route 58). The residence appears to be located on a horse farm. Ground surveillance has observed multiple horse trailers on the property and Google Maps reveals what appears to be a designated horse corral. During TRAMPA and SANDOVAL conversations, they have described these locations as where horses are maintained or kept.

### Facts and Circumstances

25.     On December 15, 2017, during the authorized interception for **TT7** wire monitors intercepted communication between IBARRA and TRAMPA. TRAMPA, utilizing **TT11,** stated he could pick up 5, 6, or 7 (meaning kilograms of cocaine). TRAMPA asked IBARRA when he is coming down to see him. IBARRA let him know he is going to drive down the following day, December 16, 2017. TRAMPA told IBARRA that his relative (SANDOVAL) needs to talk to him. TRAMPA also talked about the quality of cocaine to IBARRA.

26.     On December 16, 2017, during the authorized interception for TT7, wire monitors intercepted communication between IBARRA and TRAMPA where IBARRA told TRAMPA he was an

hour away. TRAMPA directed IBARRA to go where the "horses are" (4345 Martin Drive and 4349 Martin Drive).

27. A vehicle GPS tracker installed on IBARRA's Acura vehicle confirmed IBARRA traveled to 4345 Martin Drive and 4349 Martin Drive on December 16, 2017.

28. On January 14, 2018, investigators monitoring GPS location reports for a cell phone being utilized by SANCHEZ, (540) 335-7927 (herein referred to as "Conspirator Phone 24" or "CP24"), observed the phone's location moving from Jefferson County, West Virginia, to the residence located at 485 Robertson Ridge Road, Axton, Virginia. Investigators were previously aware that IBARRA and SANCHEZ had coordinated with TRAMPA to conduct a drug related transaction on the captioned date. As such, aerial surveillance was established at 485 Robertson Ridge Road, Axton, Virginia, prior to SANCHEZ's arrival. Aerial surveillance captured footage of SANCHEZ's black Chevrolet Avalanche bearing WV registration OZX237 parking behind the residence. After the suspected drug transaction was completed, SANCHEZ was observed to drive from 485 Robertson Ridge Road to the residence located at 1579 Robertson Ridge Road, Axton, Virgina. SANCHEZ was then observed to exit the vehicle and carry a bag into the 1579 Robertson Ridge Road address. Meanwhile, aerial surveillance observed a male subject, believed to be TRAMPA, exit the 485 Robertson Ridge Road address, enter a small sport utility vehicle, and travel to the residence located at **4345 and 4349 Martin Drive**. SANCHEZ was then observed to exit the 1579 Robertson Ridge Road address and drive north away from Axton, Virginia. Investigators monitoring the GPS location reports for CP24 were able to track the phone as it moved back to Jefferson County, West Virginia. Physical surveillance conducted in West Virginia positively identified SANCHEZ as the driver of the black Chevrolet Avalanche and observed SANCHEZ to ultimately travel back to an identified residence in Jefferson County, West Virginia.

29. I submit that the residences located at 4345 Martin Drive and 4349 Martin Drive are stash houses utilized by TRAMPA and SANDOVAL to distribute cocaine. I further submit that TRAMPA and SANDOVAL are likely utilizing any vehicles or horse trailers located on the premises at 4345 Martin Drive and 4349 Martin Drive in Axton, Virginia, to store cocaine.

### C. 485 Robertson Ridge, Axton, Virginia

30. This affidavit is submitted in support of an application for a search warrant for the residence utilized by TRAMPA and SANDOVAL. IBARRA traveled to this residence on December 19, 2017, and met with an individual and entered the residence transporting two large buckets into the residence.

31. The residence is located at 485 Robertson Ridge Road in Axton, Virginia. The residence is a single-story, ranch-style residence with a light color siding and black shudders. It has a

wooden front porch and rear wooden deck. The residence is located off Robertson Ridge Road which is off of Mountain Valley Road which is off the main road of A L Philpott Hwy (Route 58).

## Facts and Circumstances

32.   On December 19, 2017, during the authorized interception for **TT7** wire monitors intercepted communication between IBARRA and TRAMPA. IBARRA told TRAMPA that he is in the area of TRAMPA (Axton, Virginia). TRAMPA directed him to a residence where the house is old. TRAMPA told IBARRA to park his vehicle on the side or back of the residence.

33.   IBARRA was followed by aerial surveillance to 485 Robertson Ridge Road where he exited his vehicle and removed two 5-gallon buckets from the trunk of his vehicle. IBARRA walked to the rear door and entered the residence. IBARRA then exited the residence a short time later with one (1) 5-gallon bucket and placed it in the trunk of his vehicle. An unidentified person exited 485 Robertson Ridge with the second 5-gallon bucket and placed it in IBARRA's vehicle. IBARRA then left the area and traveled back to his residence at 179 Smith Drive in Winchester, Virginia.

34.   Ground surveillance observed IBARRA exit his vehicle after arriving at his residence and remove the 5-gallon buckets. IBARRA then entered his residence with the 5-gallon buckets.

35.   On January 14, 2018, investigators monitoring GPS location reports for a cell phone being utilized by SANCHEZ, (540) 335-7927 (herein referred to as "Conspirator Phone 24" or "CP24"), observed the phone's location moving from Jefferson County, West Virginia, to the residence located at **485 Robertson Ridge Road, Axton, Virginia**. Investigators were previously aware that IBARRA and SANCHEZ had coordinated with TRAMPA to conduct a drug related transaction on the captioned date. As such, aerial surveillance was established at 485 Robertson Ridge Road, Axton, Virginia, prior to SANCHEZ's arrival. Aerial surveillance captured footage of SANCHEZ's black Chevrolet Avalanche bearing WV registration OZX237 parking behind the residence. After the suspected drug transaction was completed, SANCHEZ was observed to drive from 485 Robertson Ridge Road to the residence located at 1579 Robertson Ridge Road, Axton, Virgina. SANCHEZ was then observed to exit the vehicle and carry a bag into the 1579 Robertson Ridge Road address. Meanwhile, aerial surveillance observed a male subject, believed to be TRAMPA, exit the 485 Robertson Ridge Road address, enter a small sport utility vehicle, and travel to the residence located at 4345 and 4349 Martin Drive. SANCHEZ was then observed to exit the 1579 Robertson Ridge Road address and drive North away from Axton, Virginia. Investigators monitoring the GPS location reports for CP24 were able to track the phone as it moved back to Jefferson County, West Virginia. Physical surveillance conducted in West Virginia positively identified SANCHEZ as the driver

of the black Chevrolet Avalanche and observed SANCHEZ to ultimately travel back to an identified residence in Jefferson County, West Virginia.

36. I submit that the residence located at 485 Robertson Ridge Road is a stash house utilized by TRAMPA and SANDOVAL to distribute cocaine. Based on my training and experience, I further submit that TRAMPA and SANDOVAL are likely utilizing the garages, sheds/outbuildings, trailers, vehicles, and the like located on the premises at 485 Robertson Ridge Road in Axton, Virginia, to store cocaine.

### D. 179 Smith Drive, Winchester, Virginia

37. This affidavit is submitted in support of an application for a search warrant for the residence and vehicles of IBARRA.

38. The residence is located at 179 Smith Drive in Winchester, Virginia. It is located off of Regency Lakes Drive which is off of Berryville Pike. The residence is located in Western District of Virginia, Frederick County, Virginia. The residence is a double-wide, mobile home with what appears to be grey siding with darker grey shudders. There is a small shed/outbuilding to the rear of the property. It is located in the community of Regency Lakes.

39. There is also multiple vehicles utilized by IBARRA to distribute cocaine located at this location and listed as follows:

   a. Grey, 2004 Acura TL, bearing VA registration: VPV4606, VIN: 19UUA66254A044653;
   b. Blue, 2001 Jeep Grand Cherokee, bearing VA registration: VLH5899, VIN: 1J4GW48S11C520454; and
   c. Black, 2008 GMC Acadia, bearing VA registration: VTD6309, VIN: 1GKEV23778J191440.

### Facts and Circumstances

40. On December 18, 2017, during the authorized interception for **TT7** wire monitors intercepted communication between IBARRA and TRAMPA. TRAMPA asked IBARRA if he wants a "little hand" (meaning 5 kilograms of cocaine). IBARRA agreed, and TRAMPA told him it will be ready for pick up. TRAMPA also asked if he will have the "tooth," (meaning papers or money), and IBARRA agreed.

41. On December 19, 2017, during the authorized interception for **TT7** wire monitors intercepted communication between IBARRA and TRAMPA. IBARRA told TRAMPA knows he is in the

area of TRAMPA (Axton, Virginia.) TRAMPA directed him to a residence where the house is old and to park his vehicle on the side or back of the residence.

42.    IBARRA was followed by aerial surveillance to 485 Robertson Ridge Road, Axton, Virginia, where he exited his vehicle and removed two (2) 5 gallon buckets from the trunk of his vehicle. IBARRA walked to the rear door and entered the residence. IBARRA then exited the residence a short time later with one (1) 5 gallon bucket and placed it in the trunk of his vehicle. An unidentified person exited 485 Robertson Ridge with the second 5 gallon bucket and placed it in IBARRA's vehicle. IBARRA then left the area and traveled back to his residence at 179 Smith Drive in Winchester, Virginia.

43.    A GPS tracker installed on IBARRA's Grey, 2004 Acura TL revealed he left 179 Smith Drive on December 19, 2017, and traveled to 485 Robertson Ridge Road in Axton, Virginia.

44.    Ground surveillance located at 179 Smith Drive observed IBARRA exit his Acura after returning from 485 Robertson Ridge Road and remove the 5 gallon buckets (observed earlier). IBARRA then entered 179 Smith Drive with the 5 gallon buckets.

45.    Vehicle GPS location records associated with IBARRA's Jeep Cherokee (VA VLH5899) and Acura TL (VA VPV4606) have consistently placed the vehicles at the residence located 179 Smith Drive, Winchester, VA during overnight hours and early morning hours.

46.    I submit that the residence located at 179 Smith Drive is a stash house and place of residence utilized by IBARRA to distribute cocaine.

47.    I further submit that three vehicles commonly seen on the property at 179 Smith Drive –  (1) Grey, 2004 Acura TL, bearing VA registration: VPV4606, VIN: 19UUA66254A044653; (2) Blue, 2001 Jeep Grand Cherokee, bearing VA registration: VLH5899, VIN: 1J4GW48S11C520454; and (3) Black, 2008 GMC Acadia, bearing VA registration: VTD6309, VIN: 1GKEV23778J191440 likely contain evidence of possession and/or distribution of cocaine.

### E.  164 Gregory Place, Winchester, Virginia

48.    This affidavit is submitted in support of an application for a search warrant for the residence and vehicles of Lonie Weiner.

49.    The residence to be searched is described as a singlewide, mobile home with light blue siding and white trim. The residence has an attached covered front porch that is redwood stained with wooden steps. The residence has a physical address of 164 Gregory Place, Winchester Virginia.

10

Also included is a gray 2001 Dodge Challenger bearing Virginia registration JRM3640 and VIN 2B3CJ4DG3BH586105

Facts and Circumstances

50.   During the course of this investigation, investigators with the EPSSTF have determined that the telephone of Guadalupe Ibarra-Ayon, aka "Lupe," a/k/a IBARRA (TT7) is used for the primary purpose of distributing illegal narcotics, namely cocaine. Through investigation, historical information for incoming and outgoing calls on this telephone has determined that IBARRA often uses deceptive terms when referring to the illegal narcotics and the arrangement of sales and purchases of same.

51.   On November 18, 2017, at 1405 EST, investigators with the EPSSTF intercepted an outgoing telephone call from IBARRA, using TT7, to an individual named Lonie Weiner (386-338-2103). During the course of this conversation, IBARRA made reference to needing the house cleaned. Weiner stated that she is not busy and asks if IBARRA would like for her to come to his residence or did he want to come over to her residence. IBARRA advised he will come to her residence, and they can talk about which room or something (believed to be speaking about cocaine). Weiner tells IBARRA to come on over.

52.   On December 10, 2017 at 1532 EST investigators intercepted a SMS text message from Lonie Weiner (386-338-2103) to IBARRA, using TT7, asking if she could meet with him the following day. At 1543 EST, this same date, IBARRA responds via text message advising he can meet with Weiner.

53.   On this same date, between 1544 EST and 1706 EST, Weiner and IBARRA engaged in an SMS text conversation. During this conversation, they arranged for a meet time of 8:00 and IBARRA asked Weiner if she would like "the big house" or the "garage only". Weiner responds by saying she would like the "garage only".

54.   Based on historical information from calls on IBARRA's telephone, TT7, investigators believe when IBARRA asks Weiner if she wants the "big house" or the "garage only", he is referring to either a half a kilogram of cocaine or a whole kilogram of cocaine.

55.   On January 15, 2018, a series of eight text message communications between Weiner and IBARRA occurred between 1736 EST and 2044 EST. On January 16, 2018, at approximately 1706 EST, investigators received a GPS location ping from the vehicle being operated by IBARRA, a Jeep Cherokee bearing Virginia VLH5899, travel through the area within close proximity to Weiner's residence, 164 Gregory Place, Winchester, Virginia.

F.  1579 Robertson Ridge Road, Axton, Virginia

56.   The residence is located at 1579 Robertson Ridge Road in Axton, Virginia. The residence is a singlewide mobile home with a light color siding with blue trim. It has a wooden front porch and two outbuildings on the property. The residence is located off Robertson Ridge Road, East

11

of the intersection with Sandy River Road which is off of Mountain Valley Road off the main road of A L Philpott Hwy (RT 58).

Facts and Circumstances

57.    On January 12, 2018, during the authorized interception for **TT9**, TRAMPA called SANDOVAL. Prior to the below conversation, TRAMPA's and IBARRA's pen trap and trace order revealed they were in conversation with each other. During this conversation, TRAMPA told SANDOVAL that "LA WALTER" wants to come see them. TRAMPA was discussing with SANDOVAL if the "deer" or "grilled meet" is ready for pickup. Task Force officers believe they are utilizing code to reference cocaine. SANDOVAL told TRAMPA to have him wait for the "leftovers" in the morning.

58.    This investigation has revealed IBARRA had previously utilized SANCHEZ to travel to meet TRAMPA and/or SANDOVAL to complete the drug or money transaction. IBARRA's pen trap and trace order revealed he was in contact with SANCHEZ during this time.

59.    On January 14, 2018, a GPS search warrant on SANCHEZ's phone revealed he was travelling south on I-81, north of Harrisonburg, Virginia. The phone's location continued south until it arrived at 485 Robertson Ridge Road in Axton, Virginia. Wire monitors reviewed pen data for IBARRA, "TRAMPA," and SANCHEZ. The data revealed communications involving all three the night before and the day of SANCHEZ travelling to 485 Robertson Ridge.

60.    Air surveillance observed SANCHEZ's vehicle, where his phone GPS placed it, at 485 Robertson Ridge Road. Air surveillance observed two black vehicles parked behind 485 Robertson Ridge Road. The one vehicle being a black SUV (Mercury) has been observed on prior dates parked at 4345 Martin Drive in Axton, Virginia. The other vehicle, confirmed by ground surveillance, was a black Chevrolet Avalanche with WV registration OZX237.

61.    Air surveillance observed SANCHEZ exit that residence and travel to **1579 Robertson Ridge Road**. After he arrived at this residence, SANCHEZ exited the Chevrolet Avalanche with a bag and entered the residence. A short time later, SANCHEZ left the residence and traveled back to the Northern District of West Virginia.

62.    Air surveillance observed the black Mercury travel from 485 Robertson Ridge Road to 4345 Martin Drive.

63.    I submit that the residence located at 1579 Robertson Ridge Road, Axton, Virginia, is a stash house utilized by TRAMPA and SANDOVAL to distribute cocaine.

12

### Good Cause to Search at Any Time During the Day or Night

64.   EPSSTF investigators are aware that IBARRA, on multiple occasions, has departed from Winchester, Virginia, to travel to Axton, Virginia, during early morning hours to deliver money and/or pick up cocaine for travel back to Winchester, Virginia.  Specifically, on December 5, 2017, vehicle GPS tracking data reflects IBARRA departed Winchester, Virginia, at approximately 04:15 EST to travel to Axton, Virginia.  As such, investigators believe good cause exists to have the authorization to execute the search warrants any time during the day or night.

### Conclusion

65.   Your Affiant believes that the facts and circumstances stated herein establish probable cause that IBARRA, TRAMPA, SANDOVAL, and SANCHEZ were engaged in the commission of distribution of and possession with intent to distribute cocaine, and the search of the aforementioned premises located at (1) 709 Daniel Road, Axton, Virginia; (2) 1111 Hobson Road in Axton, Virginia; (3) 4345 Martin Drive, Axton, Virginia; (4) 4349 Martin Drive, Axton, Virginia;  (5) 485 Robertson Ridge, Axton Virginia; (6) 179 Smith Drive, Winchester, Virginia; (7) 164 Gregory Place, Winchester, Virginia; (8) 1579 Robertson Ridge Road, Axton, Virginia will result in the acquisition of sufficient relevant evidence of the commission of these offenses.

### Oath

The information in this affidavit is true to the best of my knowledge and belief.

Jeffrey H. Cisar
Special Agent, FBI

Subscribed and sworn to before me this **29** day of January, 2018.

Joel C. Hoppe
United States Magistrate Judge
Western District of Virginia

13

SEALED

## ATTACHMENT A (GREGORY)

### 164 Gregory Place, Winchester Virginia

The residence to be searched is described as a singlewide, mobile home with light blue siding and white trim.  The residence has an attached covered front porch that is redwood stained with wooden steps.  The residence has a physical address of 164 Gregory Place, Winchester Virginia.  Also included is a gray 2001 Dodge Challenger bearing Virginia registration JRM3640 and VIN 2B3CJ4DG3BH586105.

SEALED

## ATTACHMENT A (SMITH)

### 179 Smith Drive, Winchester, Virginia

The residence is located at 179 Smith Drive in Winchester, Virginia. It is located off of Regency Lakes Drive that is off of Berryville Pike. The residence is located in Western District of Virginia, Frederick County, Virginia. The residence is a doublewide, mobile home with what appears to be grey siding with darker grey shudders. There is a small shed/outbuilding to the rear of the property. It is located in the community of Regency Lakes. There is also multiple vehicles utilized by IBARRA to distribute cocaine located at this location and listed as follows:

1.) Grey, 2004 Acura TL, bearing VA registration: VPV4606, VIN: 19UUA66254A044653

2.) Blue, 2001 Jeep Grand Cherokee, bearing VA registration: VLH5899, VIN: 1J4GW48S11C520454

3.) Black, 2008 GMC Acadia, bearing VA registration: VTD6309, VIN: 1GKEV23778J191440



SEALED

## ATTACHMENT A

### 1579 Robertson Ridge Road, Axton, Virginia

The residence is located at 1579 Robertson Ridge Road in Axton, Virginia. The residence is a singlewide, mobile home with a light color siding with blue trim. It has a wooden front porch and two outbuildings on the property. The residence is located off Robertson Ridge Road, east of the intersection with Sandy River Road which is off of Mountain Valley Road off the main road of A L Philpott Hwy (RT 58).







## ATTACHMENT A (4345 MARTIN)

### 4345 Martin Drive, Axton, Virginia

    4345 Martin Drive, Axton, Virginia, residence is a single-story, ranch style residence with a green roof. The residence is located on the north side of Martin Drive, and Martin Drive is off of A L Philpott Hwy (RT 58).

    The residence appears to be located on a horse farm. Ground surveillance has observed multiple horse trailers on the property and Google Maps reveals what appears to be a designated horse corral.





## ATTACHMENT A (4349 MARTIN)

### 4349 Martin Drive, Axton, Virginia

    4349 Martin Drive, Axton, Virginia, is a ranch-style residence and accessed by the same drive way/entrance as 4345 Martin Drive, Axton Virginia. It is east of 4345 Martin Drive. The residence is located on the north side of Martin Drive, and Martin Drive is off of A L Philpott Hwy (RT 58).



SEALED

## ATTACHMENT A (DANIEL)

### 709 Daniel Road, Axton, Virginia

The residence is a singlewide, mobile home with small front porch. The residence is located off Daniel Road that is accessed off of A L Philpott HWY and situated at the end of the gravel lane, off the north side of Daniel Road. There is a small shed/outbuilding prior to the mobile home. The Henry County, Virginia, tax records indicate the residence is on the tax map for 805 Daniel Road, Axton, Virginia, but is accessed by the driveway located at 709 Daniel Road, Axton, Virginia.







## ATTACHMENT A (HOBSON)

### 1111 Hobson Road, Axton, Virginia

1111 Hobson Road in Axton, Virginia, is described as a singlewide mobile home with attachments that appear to be a covered porch or similar structure. There is also a detached grey garage, appearing to be at least a two-car garage, with a metal roof. Hobson Road is off of Daniel Road and the residence is located off the south side of Hobson Road. Henry County, Virginia, property tax lists the owner as Armando Tiznado BECERRA.





SEALED

## ATTACHMENT A (ROBERTSON)

### 485 Robertson Ridge Road, Axton, Virginia

The residence is a single-story, ranch-style residence with a light color siding with black shudders. It has a wooden front porch and rear wooden deck. The residence is located off Robertson Ridge Road, Axton, Virginia, which is off of Mountain Valley Road, Axton, Virginia, off the main road of A L Philpott Hwy (RT 58).





SEALED

## ATTACHMENT B

### Property to be Seized

A.    Controlled substances, including but not limited to cocaine a/k/a "coke", a Schedule II Narcotic Drug-Controlled Substance;

B.    Financial and business records, whether or not maintained electronically or by computer, including, but not limited to books, records, receipts, notes, ledgers, journals, memoranda, address and/or telephone books, tapes, computer disks, computers relating to the transportation, ordering, purchase and distribution of controlled substances, including but not limited to cocaine, a Schedule II Narcotic Drug-Controlled Substance;

C.    Papers, tickets, notes, schedules, receipts and other items relating to domestic or foreign travel;

D.    Books, records, receipts, bank statements and records, money drafts, letters of credit, money order and cashier's checks receipts, passbooks, bank checks, bank deposit tickets, safe deposit box keys, and memoranda and other items evidencing the obtaining, secreting, transfer and/or concealment of assets and the obtaining, secreting, transfer, concealment and/or expenditure of money;

E.    United States currency, precious metals, jewelry and financial instruments, including but not limited to stocks and bonds;

F.    Photographs, in particular, photographs of co-conspirators, of assets and/or of controlled substance, in particular, cocaine;

G.    Paraphernalia for packaging, cutting, weighing and distributing controlled substances, in particular, cocaine, including, but not limited to scales, baggies and spoons;

H.    Indicia of occupancy, residence and/or ownership of the premises described above, including but not limited to utility and telephone bills, canceled envelopes, and keys;

I.    Any and all other material evidence of violations of Title 21, United States Code, Sections 841(a)(1), and 846 and 18, United States Code, Section 1952 (Possession with Intent to Distribute and Distribution of Controlled Substances, in particular, cocaine; Conspiracy to distribute and to possess with Intent to Distribute Controlled Substances, in particular, cocaine; Interstate Transportation in Aid of Racketeering);

J.    Any and all handguns, rifles, shotguns, submachine guns, or any other firearms found which may be used to facilitate transactions in controlled substances or to threaten or intimidate witnesses to a violation of Federal law;

K.    Any and all wireless electronic devices.